JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN D.,<br>                    Plaintiff,<br><br>              v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:23-cv-00127-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: June 7, 2024

_____
STEVE KIM
United States Magistrate Judge